IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ⎯⎯ O.C.

05 DEC 19 PM 5: 48

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF MEMPHIS

United States of America,

    Plaintiff,

vs.

Eighteen Thousand Five Hundred Dollars ($18,500.00) in United States Currency,

    Defendant.

Civil No. 05-2948  MI P

## ORDER

Pursuant to a complaint filed by the United States on December 16, 2005, seeking the forfeiture of Eighteen Thousand Five Hundred Dollars ($18,500.00) in United States Currency under the provisions of 21 U.S.C. §881(a)(6), it is hereby ORDERED:

1. That the United States Marshal for this district will seize the defendant currency and hold said currency subject to the further orders of this Court;

2. That the United States Marshal will serve a copy of the complaint on all known claimants to the defendant currency including, without limitation, Jacob M. Overstreet, Andrew Bulman, Fed Ex Armory, and John J. and Kathleen Ambrosio, Esq., attorneys for Jacob M. Overstreet;

3. That the United States Marshal will advertise in the <u>Daily News</u>, Memphis, Tennessee, for a period of three consecutive weeks, once per week. The advertisement will notice that the defendant currency was seized by the Drug Enforcement Administration from Jacob M. Overstreet on June 21, 2005 in Memphis, Tennessee; that a Verified Complaint of Forfeiture has been filed pursuant to 21 U.S.C. §881(a)(6); and that each party claiming each interest in the said

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  12-20-05



currency must file a claim within thirty (30) days of the notice and an answer to the complaint within twenty (20) days thereafter;

    4.    The Marshal may use the attached legal notice in the advertisement.

ENTERED: This __19__ day of __Dec._____, 2005.

_____
UNITED STATES DISTRICT JUDGE

APPROVED:

LAWRENCE J. LAURENZI
Acting United States Attorney

By: _____
CHRISTOPHER E. COTTEN
Assistant United States Attorney
800 Federal Building
Memphis, Tennessee 38103
(#014277 Tennessee)
(901) 544-4231

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 2 in case 2:05-CV-02948 was distributed by fax, mail, or direct printing on December 20, 2005 to the parties listed.

---

Christopher E. Cotten
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT