IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

United States of America,

    Plaintiff,

vs.                                                      Civil No. 05-2948-Ml P

Eighteen Thousand Five Hundred Dollars
($18,500.00) in United States Currency,

    Defendant.

## DEFAULT

The plaintiff having shown to the Clerk that the defendant, Eighteen Thousand Five Hundred Dollars ($18,500.00) in United States Currency, has been served by the United States Marshal, and that public notice of this proceeding has been given, and that all persons known to have any claim to the defendant property have been served and notified, and that the time for filing a claim and answer has expired and no claim and answer have been filed.

The defendant, Eighteen Thousand Five Hundred Dollars ($18,500.00) in United States Currency, is hereby declared to be in default.

                                                         **THOMAS M. GOULD**
                                                         THOMAS M. GOULD
                                                          U.S. District Court Clerk

                                                          s/ Judy Easley