IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

United States of America,

    Plaintiff,

vs.                                                     Civil No. 05-2948-Ml P

Eighteen Thousand Five Hundred Dollars
($18,500.00) in United States Currency,

    Defendant.

## JUDGMENT

The Summons and Complaint in this action having been served on the defendant and all known claimants; and the time for all said claimants to appear and defend herein having expired; and said claimants having not appeared, answered, or otherwise defended; and the plaintiff having duly filed its Request to Enter Default; and Default was entered by the clerk on  June 13, 2006  ; and the plaintiff having filed an affidavit of the amount due the plaintiff in this action, it appears that the plaintiff is entitled to have judgment against the defendant entered as prayed for in its Complaint.

Now, on motion of the United States Attorney, it is:

ADJUDGED and ORDERED that judgment is entered in favor of the United States of America, and that the defendant, Eighteen Thousand Five Hundred Dollars ($18,500.00) in United States Currency, be forfeited to the United States of America, to be disposed of in accordance with law.

                                                          **THOMAS M. GOULD**
                                                          THOMAS M. GOULD
                                                          United States District Court Clerk

                                                           s/ Judy Easley, Deputy Clerk